IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
      PLAINTIFF,

 vs.                                Cr. No. 2:09CR20022-001

RAYMUNDO MERLOS-FLORES,
      DEFENDANT.

<u>ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE</u>

Now on this 15th day of August, 2011, comes on to be considered the United States'

Petition for Remission of Special Assessment and Fine.  The Court, being well and sufficiently

advised, finds and orders as follows with respect thereto:

1.  On September 22, 2009, Defendant was sentenced to twenty-seven months

incarceration, three years supervised release with anticipated deportation, and he was ordered to

pay a $100.00 special assessment a $500.00 fine.

2.  The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573,

which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including
> interest and penalties.  This statute shall apply to all fines and assessments, irrespective
> of the date of imposition."

The United States states that the Defendant was deported on March 28, 2011, and that

there is no reasonable likelihood that the special assessment and fine can be collected.

4.  Upon due consideration, the United States' Petition for Remission of Special

Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED.


/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
U. S.  DISTRICT JUDGE